United States Bankruptcy Court
District of Oregon

In re: Case No. 26-33916-pcm
Talon Stephen Robert Kent Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3 User: Admin. Page 1 of 3
Date Rcvd: Nov 09, 2026 Form ID: 309A Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Talon Stephen Robert Kent, 15852 NW Sparks LN, Portland, OR 97229-1717 |
| 103085807 | + | Aresh Irajpanah, 15852 NW SPARKS LN, Portland, OR 97229-1717 |
| 103085815 | + | Comcast OTR1, LLC (Xfinity Mobile), 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2838 |
| 103085816 | + | Cross River Bank (Current), 2115 Linwood Avenue, Fort Lee, NJ 07024-5041 |
| 103085846 | + | Karla Kent, 15852 NW SPARKS LN, Portland, OR 97229-1717 |
| 103085823 | + | PCA Acquisitions V LLC, 1965 Sheriden Dr., STE 100, Buffalo, NY 14223-1251 |
| 103085824 | + | Portland General Electric Company, P.O. Box 4438, Portland, OR 97208-4438 |
| 103085839 | + | Whatcom Educational Credit Union, 21 Bellweather Way, STE 111, Bellingham, WA 98225-2961 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BKSEILER.COM | Nov 10 2026 14:00:00 | Kenneth S Eiler, 515 NW Saltzman Rd - PMB 810, Portland, OR 97229-6098 |
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Nov 09 2026 22:25:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Nov 10 2026 14:00:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 09 2026 22:25:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Nov 09 2026 22:07:42 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| ust | + | Email/Text: ustpregion18.pl.ecf@usdoj.gov | Nov 09 2026 22:25:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |
| 103085805 | + | Email/PDF: bncnotices@becket-lee.com | Nov 09 2026 22:23:41 | American Express National Bank, P.O. BOX 981537, El Paso, TX 79998-1537 |
| 103085808 | + | EDI: BANKAMER | Nov 10 2026 14:00:00 | Bank of America, N.A., P.O. BOX. 982238, El Paso, TX 79998-2238 |
| 103085809 | + | EDI: CAPITALONE.COM | Nov 10 2026 14:00:00 | Capital One Bank (USA), N.A., P.O. BOX 31293, Salt Lake City, UT 84131-0293 |
| 103085811 | + | EDI: DISCOVER | Nov 10 2026 14:00:00 | Capital One, N.A. (Formerly Discover Bank), P.O. BOX 30939, Salt Lake City, UT 84130-0939 |
| 103085813 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Nov 09 2026 22:25:00 | Coastal Community Bank, PO Box 12220, Everett, WA 98206-2220 |
| 103085842 | ^ | MEBN | Nov 09 2026 22:07:47 | Customer Care Global, 2500 W Higgins Rd, STE 950, Hoffman Estates, IL 60169-2085 |
| 103085817 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 09 2026 22:25:00 | Goldman Sachs Bank USA, P.O. BOX 7247, |

| | | | | |
|---|---|---|---|---|
| | | | | Lockbox 6112, Philadelphia, PA 19170-0001 |
| 103085818 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 09 2026 22:25:00 | Key Bank National Association, 34 N Main St., Dayton, OH 45402-1909 |
| 103085820 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2026 22:23:32 | LVNV Funding LLC., 55 Beatty Place, STE 110, Greenville, SC 29601-5115 |
| 103085819 | + | Email/Text: trenee.ross@lemonade.com | Nov 09 2026 22:25:00 | Lemonade Insurance Company, 5 Crosby St., 3rd Floor, New York, NY 10013-3155 |
| 103085821 | + | Email/Text: bankruptcy@moneylion.com | Nov 09 2026 22:25:00 | ML PLUS LLC, P.O. BOX 1547, Sandy, UT 84091-1547 |
| 103085841 | ^ | MEBN | Nov 09 2026 22:07:40 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 103085822 | + | EDI: AGFINANCE.COM | Nov 10 2026 14:00:00 | One Main Financial, P.O. BOX 1010, Evansville, IN 47706-1010 |
| 103085825 | | Email/Text: bankruptcy@possiblefinance.com | Nov 09 2026 22:25:00 | Possible Financial Inc., 1929 Third Ave, Ste 300, Seattle, WA 98101 |
| 103085826 | + | Email/Text: bankruptcynotices@squareup.com | Nov 09 2026 22:25:00 | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085832 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Nov 09 2026 22:25:00 | Stellantis Financial Services, Inc., 3065 Akers Mill Road SE, Suite 700, Atlanta, GA 30339-4743 |
| 103085834 | | Email/Text: customerservice@tvwd.org | Nov 09 2026 22:25:00 | Tualatin Valley Water District, 1850 SW 170th Ave, Beaverton, OR 97003 |
| 103085833 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 09 2026 22:25:00 | The Bancorp Bank,N.A., 409 Silverside Rd., Ste 105, Willimington, DE 19809-1771 |
| 103085835 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 09 2026 22:25:00 | USAA FEDERAL SAVINGS BANK, P.O. BOX 33009, San Antonio, TX 78265-3009 |
| 103085836 | ^ | MEBN | Nov 09 2026 22:07:41 | Velocity Investments LLC, P.O. BOX 788, Wall, NJ 07719-0788 |
| 103085838 | + | EDI: VERIZONCOMB.COM | Nov 10 2026 14:00:00 | Verizon Wireless, One Verizon Way, Mail Code: 180WVB, Basking Ridge, NJ 07920-1025 |
| 103085840 | + | Email/Text: admin@rosebudlending.com | Nov 09 2026 22:25:00 | Willow Lake Lending, 27565 Research Park Drive, STE 9, Mission, SD 57555-5948 |
| 103085843 | + | Email/Text: bkfilings@zwickerpc.com | Nov 09 2026 22:25:00 | Zwicker & Associates, P.C., 12550 SE 93rd Ave., Suite 430, Clackamas, OR 97015-5760 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 103085806 | *+ | American Express National Bank, P.O. BOX 981537, El Paso, TX 79998-1537 |
| 103085845 | *+ | Aresh Irajpanah, 15852 NW SPARKS LN, Portland, OR 97229-1717 |
| 103085810 | *+ | Capital One Bank (USA), N.A., P.O. BOX 31293, Salt Lake City, UT 84131-0293 |
| 103085812 | *+ | Capital One, N.A. (Formerly Discover Bank), P.O. BOX 30939, Salt Lake City, UT 84130-0939 |
| 103085814 | *+ | Coastal Community Bank, PO Box 12220, Everett, WA 98206-2220 |
| 103085827 | *+ | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085828 | *+ | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085829 | *+ | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085830 | *+ | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085831 | *+ | Square Financial Services, Inc., 3165 East Millrock Drive, STE 160, Salt Lake City, UT 84121-5987 |
| 103085844 | *+ | Stellantis Financial Services, 3065 Akers Mill Rd SE, STE 700, Atlanta, GA 30339-4743 |
| 103085837 | *+ | Velocity Investments LLC, P.O. BOX 788, Wall, NJ 07719-0788 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Talon Stephen Robert Kent<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9706 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Oregon | Date case filed for chapter: | 7 11/9/26 |
| Case number: | 26–33916–pcm7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Talon Stephen Robert Kent | |
| **2. All other names used in the last 8 years** | aka Talon Kent | |
| **3. Address** | 15852 NW Sparks LN<br>Portland, OR 97229 | |
| **4. Debtor's attorney**<br>Name and address | None | Contact phone 949–836–3078 |
| **5. Bankruptcy trustee**<br>Name and address | Kenneth S Eiler<br>515 NW Saltzman Rd – PMB 810<br>Portland, OR 97229 | Contact phone (503) 292–6020 |

**For more information, see pages 2 & 3 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours<br>9:00 a.m. – 4:30 p.m.<br><br>Contact phone 503–326–1500<br><br>Date: 11/9/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 3, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 256 233 8331, and Passcode 0626419815, OR call 1–971–368–2681**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. See line 13 for other important deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/1/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

| | | |
|---|---|---|
| **13.** | **Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property)** | This case may be dismissed without further prior notice if the debtors fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtors' attorney (or debtors if self–represented) and trustee.<br><br>Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtors shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **2/1/27**.<br><br>At least 7 days prior to the date set in line 7 for the meeting of creditors, any party in interest who objects to abandonment of the debtors' residence (real property) must file with the Court a written objection and serve a copy on the debtors and debtors' attorney. If no timely objection is filed, the trustee can abandon the property upon request of the debtors or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF 751.7, available at https://www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtors and/or debtors' attorney to seek, negotiate, and implement a modification shall be considered neither a violation of the automatic stay of 11 USC § 362 nor a violation of the discharge injunction of § 524. Negotiations with represented debtors must be with debtors' counsel who may consent to the creditor communicating directly with the debtors. |
| **14.** | **Trustee Appointment** | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| **15.** | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |